BEFORE THE FIRST DIVISION, SEPTEMBER 8, 1958

**No. 62332.**—Max Eckardt & Sons Division of Thor Corp. *v.* United States, protests 328493–K, 58/2747, and 58/2748 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments the same in all material respects as those the subject of Abstract 61868, the claim of the plaintiff was sustained.

**No. 62333.**—Hershey Co. *v.* United States, protests 58/3609 and 58/3101 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the items in question are not in chief value of galalith but that they are in chief value of steel, the claim of the plaintiff was sustained as to said items.